FILED
CLERK, U.S. DISTRICT COURT

DEC 19 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:24-CR-00757 |
| v. | |
| Joseph Beaza  DEFENDANT(S) | DESIGNATION AND APPEARANCE OF COUNSEL |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint __Tom Yu__, Esquire, as my attorney to appear for me throughout all proceedings in this case.

12/19/24
Date

_Defendant's Signature_

Los angeles, Ca
City and State

## APPEARANCE OF COUNSEL

I, __Tom Yu__ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

12/19/24
Date

306699
California State Bar Number

_Attorney's Signature_

155 N. Riverview DR
Street Address

anaheim Hills, Ca 92808
City, State, Zip Code

844-998-1033
Telephone Number            Fax Number

844-998-1033
E-mail Address

CR-14 (01/07)    DESIGNATION AND APPEARANCE OF COUNSEL