E. MARTIN ESTRADA
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 2368383)
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section
SUSAN S. HAR (Cal. Bar No. 301924)
J. JAMARI BUXTON (Cal Bar. No. 342364)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0363
     Facsimile: (213) 894-6436
     E-mail:    cassie.palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-00751-MWC |
|---|---|
| Plaintiff, | PARTIES' JOINT ADDENDUM TO PLEA AGREEMENT (DKT. NO. 3); EXHIBIT 1 |
| v. | |
| JOSEPH BENZA III, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Cassie D. Palmer, Susan S. Har, and J. Jamari Buxton, and defendant Joseph Benza III, by and through his counsel of record Edward M. Robison and Tom Yu, hereby submit the Joint Addendum to Plea Agreement for Defendant Joseph Benza III ("Plea Agreement"), which was filed on December 17, 2024, as Docket No. 3, and Exhibit 1.

When the government filed the Plea Agreement with Criminal Intake, it inadvertently failed to include Exhibit 1, the draft Information, as an attachment to the Plea Agreement.  At the change of plea hearing on January 17, 2025, the parties provided the Court with a physical copy of Exhibit 1 and confirmed in open Court that it was a true and correct copy of Exhibit 1 to the Plea Agreement.  The Court incorporated Exhibit 1 into the change of plea hearing.  The parties agreed to file Exhibit 1 after the hearing.  Thus, the parties jointly submit Exhibit 1 as an addendum to the Plea Agreement, filed at Docket No. 3.

Dated: 01/17/2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*Cassie D. Palmer*
CASSIE D. PALMER
SUSAN S. HAR
J. JAMARI BUXTON
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: 01/18/2024

 */s/ Edward M. Robinson (via email)*
EDWARD M. ROBINSON
TOM YU

Attorneys for Defendant
JOSEPH BENZA III