```
 1  BILAL A. ESSAYLI
    United States Attorney
 2  CHRISTINA T. SHAY
    Assistant United States Attorney
 3  Chief, Criminal Division
    THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
 4  Assistant United States Attorney
    Acting Chief, Public Corruption and
 5  Civil Rights Section
         1500 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-8452
         Facsimile: (213) 894-0141
 8       E-mail:    thomas.rybarczyk@usdoj.gov

 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-cr-00751-MWC |
|---|---|
| Plaintiff, | <u>NOTICE OF REASSIGNMENT OF CRIMINAL CASE</u> |
| v. | |
| JOSEPH BENZA, III, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the Court that the above-captioned criminal case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

| | Name | E-mail Address |
|---|---|---|
| Previously Assigned AUSA | Cassie D. Palmer | cassie.palmer@usdoj.gov |
| Newly Assigned AUSA | Thomas Rybarczyk | thomas.rybarczyk@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly-

assigned AUSA's name is associated with this case as attorney of record for the United States and that the AUSA receives all e-mails relating to filings in this case.

Dated: May 15, 2025                    Respectfully submitted,

                                       BILAL A. ESSAYLI
                                       United States Attorney

                                       CHRISTINA T. SHAY
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                       */s/ Thomas F. Rybarczyk*
                                       THOMAS F. RYBARCZYK
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA