1  BILAL A. ESSAYLI
   United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   CASSIE D. PALMER (Cal. Bar No. 268383)
4  Assistant United States Attorney
   Chief, Public Corruption and Civil Rights Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0363
7       Facsimile: (213) 894-6436
        E-mail:    cassie.palmer@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| v. | |
| **See Attachment A**, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that CASSIE D. PALMER is departing the United States Attorney's Office, and all of the cases in **Attachment A** should have the contact information replaced with the generic USAO email used for docketing.

Dated: May 15, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

          /s/
_____
CASSIE D. PALMER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# ATTACHMENT A

2:04-CR-00751-TJH
2:06-cr-00299-SVW
2:09-cr-00260-R
2:10-cr-00768-R
2:10-cr-01204-SVW
2:10-cr-01344-MWF
2:11-cr-00392-R
2:11-cr-00840-PA
2:12-cr-00807-GHK
2:12-cr-00843-DMG
2:12-cr-00846-GAF
2:13-cr-00183-JAK
2:13-cr-00713-SVW
2:13-cr-00719-JLS
2:14-cr-00300-SJO
2:14-cr-00304-PSG
2:14-cr-00417-MWF
2:14-cr-00453-ODW
2:14-cr-00491-SVW
2:14-cr-00599-GHK
2:14-cr-00633-SVW
2:14-cr-00633-SVW-DMG
2:14-cr-00692-R
2:14-cr-00708-ODW
2:14-cv-09841-SJO
2:15-cr-00010-UA-1
2:15-cr-00095-DSF
2:15-cr-00104-DDP
2:15-cr-00111-DSF
2:15-cr-00119-MWF
2:15-cr-00123-BRO
2:15-cr-00142-GW
2:15-cr-00171-SVW
2:15-cr-00195-SVW
2:15-cr-00195-SVW-DMG
2:15-cr-00314-DDP-AB
2:15-cr-00409-JAK
2:15-cr-00412-CAS

2:15-cr-00466-FMO
2:15-cr-00466-FMO
2:15-cv-01288-SJO-GJS
2:15-cv-05116-GW-AGR
2:15-cv-06348-PA-FFM
2:15-cv-09726-RSWL
2:16-cr-00017-DMG
2:16-cr-00022-DMG
2:16-cr-00071-FMO
2:16-cr-00113-MWF
2:16-cr-00115-SVW
2:16-cr-00146-FMO
2:16-cr-00146-FMO-DMG
2:16-cr-00172-MWF
2:16-cr-00189-GW
2:16-cr-00209-GW
2:16-cr-00226-R
2:16-cr-00266-PA
2:16-cr-00293-JFW
2:16-cr-00311-AB
2:16-cr-00494-JFW
2:16-cr-00537-PSG
2:16-cr-00544-DSF
2:16-cr-00599-R
2:16-cr-00611-VAP
2:16-cr-00612-AB
2:16-cr-00613-JAK
2:16-cr-00651-MWF
2:16-cr-00739-CJC
2:16-cr-00743-JAK
2:16-cr-00762-FMO
2:16-cv-01845-PA
2:16-cv-03856-AK
2:16-cv-07903-BRO
2:17-cr-00344-DSF
2:17-cr-00608-DSF
2:17-cr-00639-SJO
2:17-cv-01842-R

2:17-cv-02199-VAP
2:18-cr-00121-PSG
2:18-cr-00760-GW
2:18-cr-00891-DMG
2:19-cr-00200-DSF
2:20-cr-00154-JFW
2:20-cr-00203-JFW
2:20-cr-00208-JFW
2:20-cr-00326-JFW
2:20-cr-00369-JFW
2:21-cr-00267-MCS
2:21-cr-00427-FLA-AB
2:21-cr-00575-JVS
2:21-cv-05671-VAP
2:22-cr-00471-JFW
2:23-cr-00618-SVW
2:23-cr-00619-SVW
2:24-cr-00527-SVW
2:24-cr-00751-MWC
2:91-cr-00582-AK-TJH
5:16-cr-00129-RGK
5:18-cr-00172-RGK
5:18-cr-00335-MWF
8:14-cr-00080-CJC
8:14-cr-00182-SVW
8:14-cr-00199-JFW
8:15-cr-00022-JAK
8:15-cr-00128-PA
8:16-cr-00095-AG
8:17-cr-00077-RGK
8:17-cr-00189-DOC
8:18-cr-00184-DOC
8:19-cv-00260-PA
8:21-cr-00187-JVS
8:24-cr-00077-WLH