BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorney
Acting Chief, Public Corruption
and Civil Rights Section
       1100 United States Courthouse
       312 North Spring Street
       Los Angeles, California 90012
       Telephone:  (213) 894-8452
       Facsimile:  (213) 894-0141
       E-mail:     thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

             FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           No. CR 24-751-MWC

            Plaintiff,              STIPULATION TO CONTINUE SENTENCING
                                    HEARING FOR DEFENDANT JOSEPH
            v.                      BENZA, III

JOSEPH BENZA, III,                  **CURRENT SENTENCING HEARING:**
                                    July 25, 2025 at 10:00 a.m.
            Defendant.
                                    **[PROPOSED] SENTENCING HEARING:**
                                    February 27, 2026 at 10:00 a.m.

        Plaintiff United States of America, by and through its counsel

of record, the United States Attorney's Office for the Central

District of California and Assistant United States Attorneys Thomas

F. Rybarczyk, and defendant JOSEPH BENZA, III, ("defendant"), both

individually and by and through his counsel of record, Edward M.

Robinson and Tom Yu, hereby stipulate and jointly request that the

Court continue defendant's currently-scheduled July 25, 2025

sentencing hearing to February 27, 2026, at 10:00 a.m.  In support of

their request, the government and defendant hereby stipulate as

follows:

1.    On January 17, 2025, defendant pled guilty pursuant to a plea agreement with the government to a single-count information in <u>United States v. Joseph Benza, III</u>, CR 24-751-MWC, which charged defendant with Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242.  As part of his plea agreement, defendant agreed to cooperate in the government's ongoing criminal civil rights and obstruction investigation.  Defendant's cooperation may include a request for him to provide truthful and complete testimony at any proceeding or trial.

2.    The government's investigation referenced above remains ongoing.  Should the government charge certain individuals connected to that investigation, the government may call defendant as a witness at such a trial.

///
///
///
///
///
///
///
///
///
///
///

3.   For these reasons, the parties jointly request that the Court continue defendant's currently scheduled sentencing date to February 27, 2026, at 10:00 a.m.

IT IS SO STIPULATED.

Dated: June 18, 2025                    Respectfully submitted,

                                        BILAL A. ESSAYLI
                                        United States Attorney

                                        CHRISTINA T. SHAY
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                        _/s/ Thomas F. Rybarczyk_
                                        THOMAS F. RYBARCZYK
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA


Dated: June 18, 2025                    _/s/ via email authorization_
                                        EDWARD M. ROBINSON

                                        Attorney for Defendant
                                        JOSEPH BENZA, III