UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH BENZA, III,

Defendant.

2:24-cr-00751-MWC

**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING (DKT. [57])**

The Court has reviewed the parties' stipulation to continue the sentencing hearing date of Defendant Joseph Benza, III (the "Stipulation"). Dkt. # 57. Having reviewed the Stipulation, and good cause appearing therefor, the Court **GRANTS** the Stipulation and **CONTINUES** Defendant's Sentencing from September 4, 2026, to Friday, October 2, 2026, at 10:00 a.m. in Courtroom 6A.

**IT IS SO ORDERED.**

Dated: August 24, 2026

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE