TODD BLANCHE, Attorney General
BILAL A. ESSAYLI, First Assistant U.S. Attorney
KEDAR S. BHATIA (Cal. Bar No. 363470)
U.S. Attorney's Office
312 N. Spring Street, Suite 1100
Los Angeles, California 90012

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

PLAINTIFF(S)

v.

JOSEPH BENZA, III

DEFENDANT(S).

CASE NUMBER:

2:24-cr-751-MWC

**NOTICE OF MANUAL FILING OR LODGING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

1. Under seal filings
2. Motion to Seal
3. Motion to Seal - Proposed Order

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________________
☐ Other:

September 3, 2026
Date

Kedar S. Bhatia
Attorney Name

United States of America
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*